1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:08-MC-00001-WBS

12           Plaintiff,                    **STIPULATION AND ORDER**
                                           **EXTENDING THE UNITED STATES'**
13        v.                               **TIME TO FILE A COMPLAINT FOR**
                                           **FORFEITURE AND/OR TO OBTAIN**
14  APPROXIMATELY $129,440.90 IN U.S.      **AN INDICTMENT ALLEGING**
    CURRENCY SEIZED FROM BANK OF           **FORFEITURE**
15  STOCKTON ACCOUNT NO. 2114193220,
    HELD IN THE NAME OF I & R
16  INVESTMENT PROPERTIES, LLC,

17           Defendant.

18

19       It is hereby stipulated by and between the United States of

20  America and claimants Iftikhar Ahmad, Rayhana Ahmad and I & R

21  Investment Properties, LLC ("Claimants"), by and through their

22  respective attorneys, as follows:

23       1.  On or about October 11, 2007, Claimants filed claims in

24  the administrative forfeiture proceedings with the Internal Revenue

25  Service ("IRS") with respect to the approximately $129,440.90 in

26  U.S. Currency seized from Bank of Stockton Account No. 2114193220,

27  held in the name of I & R Investment Properties, LLC, (the

28  "defendant funds"), seized on or about August 16, 2007.

2.   The IRS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.   The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.   That deadline was January 9, 2008.

4.   By Stipulation and Order filed January 7, 2008, the parties stipulated to extend to February 8, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 7, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.   Accordingly, the parties agree that the deadline by which

2

1  the United States shall be required to file a complaint for

2  forfeiture against the defendant funds and/or to obtain an

3  indictment alleging that the defendant funds are subject to

4  forfeiture shall be extended to March 7, 2008.

5  DATED:  1/29/08                    McGREGOR W. SCOTT
                                      United States Attorney
6
                                      /s/ Courtney J. Linn
7                                     COURTNEY J. LINN
                                      Assistant U.S. Attorney
8

9

10  DATED:  1-25-08                    /s/ David M. Michael
                                      DAVID M. MICHAEL
11                                    Attorney for Claimants Iftikhar
                                      Ahmad, Rayhana Ahmad, and I & R
12                                    Investment Properties, LLC

13                                    (Original signature retained by
                                      counsel)
14

15       IT IS SO ORDERED.

16

17  DATE:  **January 30, 2008**

18

19                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28                                        3