1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $129,440.90 IN U.S. CURRENCY SEIZED FROM BANK OF STOCKTON ACCOUNT NO. 2114193220, HELD IN THE NAME OF I & R INVESTMENT PROPERTIES, LLC,<br><br>         Defendant. | 2:08-MC-00001-WBS<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

     It is hereby stipulated by and between the United States of America and claimants Iftikhar Ahmad, Rayhana Ahmad and I & R Investment Properties, LLC ("Claimants"), by and through their respective attorneys, as follows:

     1.  On or about October 11, 2007, Claimants filed claims in the administrative forfeiture proceedings with the Internal Revenue Service ("IRS") with respect to the approximately $129,440.90 in U.S. Currency seized from Bank of Stockton Account No. 2114193220, held in the name of I & R Investment Properties, LLC, (the "defendant funds"), seized on or about August 16, 2007.

1    2.   The IRS has sent the written notice of intent to forfeit
2 required by 18 U.S.C. § 983(a)(1)(A) to all known interested
3 parties.  The time has expired for any person to file a claim to
4 the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no
5 person, other than the Claimants, has filed a claim to the
6 defendant funds as required by law in the administrative forfeiture
7 proceeding.
8    3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
9 required to file a complaint for forfeiture against the defendant
10 funds and/or to obtain an indictment alleging that the defendant
11 funds are subject to forfeiture within 90 days after a claim has
12 been filed in the administrative forfeiture proceedings, unless the
13 court extends the deadline for good cause shown or by agreement of
14 the parties.  That deadline was January 9, 2008.
15    4.   By Stipulation and Order filed January 7, 2008, the
16 parties stipulated to extend to February 8, 2008, the time in which
17 the United States is required to file a civil complaint for
18 forfeiture against the defendant funds and/or to obtain an
19 indictment alleging that the defendant funds are subject to
20 forfeiture.
21    5.   By Stipulation and Order filed January 31, 2008, the
22 parties stipulated to extend to March 7, 2008, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the defendant funds and/or to obtain an
25 indictment alleging that the defendant funds are subject to
26 forfeiture.
27    6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
28

by agreement to further extend to April 7, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    7.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 7, 2008.

DATED: 2/25/08          McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Courtney J. Linn
                             COURTNEY J. LINN
                             Assistant U.S. Attorney

DATED: 21 Feb 2008       /s/ David M. Michael
                             DAVID M. MICHAEL
                             Attorney for Claimants Iftikhar Ahmad, Rayhana Ahmad, and I & R Investment Properties, LLC

                             (Original signature retained by counsel)

**IT IS SO ORDERED.**

DATE:  February 28, 2008

                      WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE