McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $129,440.90 IN U.S. CURRENCY SEIZED FROM BANK OF STOCKTON ACCOUNT NO. 2114193220, HELD IN THE NAME OF I & R INVESTMENT PROPERTIES, LLC,<br><br>　　　　Defendant. | 2:08-MC-00001-WBS<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　It is hereby stipulated by and between the United States of America and claimants Iftikhar Ahmad, Rayhana Ahmad and I & R Investment Properties, LLC ("Claimants"), by and through their respective attorneys, as follows:

　　　1.  On or about October 11, 2007, Claimants filed claims in the administrative forfeiture proceedings with the Internal Revenue Service ("IRS") with respect to the approximately $129,440.90 in U.S. Currency seized from Bank of Stockton Account No. 2114193220, held in the name of I & R Investment Properties, LLC, (the "defendant funds"), seized on or about August 16, 2007.

2. The IRS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was January 9, 2008.

4. By Stipulation and Order filed January 7, 2008, the parties stipulated to extend to February 8, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to March 7, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed February 28, 2008, the

2

1  parties stipulated to extend to April 7, 2008, the time in which
2  the United States is required to file a civil complaint for
3  forfeiture against the defendant funds and/or to obtain an
4  indictment alleging that the defendant funds are subject to
5  forfeiture.
6     7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
7  by agreement to further extend to June 6, 2008, the time in which
8  the United States is required to file a civil complaint for
9  forfeiture against the defendant funds and/or to obtain an
10 indictment alleging that the defendant funds are subject to
11 forfeiture.
12    8.  Accordingly, the parties agree that the deadline by which
13 the United States shall be required to file a complaint for
14 forfeiture against the defendant funds and/or to obtain an
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3

1  indictment alleging that the defendant funds are subject to
2  forfeiture shall be extended to June 6, 2008.

3  DATED: 4-2-08                McGREGOR W. SCOTT
                                United States Attorney
4
                                /s/ Courtney J. Linn
5                               COURTNEY J. LINN
                                Assistant U.S. Attorney
6

7

8  DATED: 4-1-08                /s/ John M. Runfola for
                                DAVID M. MICHAEL
9                               Attorney for Claimants Iftikhar
                                Ahmad, Rayhana Ahmad, and I & R
10                              Investment Properties, LLC

11                              (Original signature retained by
                                attorney)
12

13      **IT IS SO ORDERED.**

14

15 DATE:  April 7, 2008

16  _____
17  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
18

4